**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                      No. 4:13CR00277 JLH

ROBERT D. GREGORY                                                           DEFENDANT

## ORDER

Robert Gregory has filed a motion for early termination of supervised release.  The Court orders the United States to respond to the motion within fourteen days from the entry of this Order, after consulting with the probation office.

IT IS SO ORDERED this 17th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE